**DENY; and Opinion Filed April 18, 2013.**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-13-00429-CV

**IN RE ELLOYD JOHNSON, Relator**

**Original Proceeding from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 11-1115-RT**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator contends the trial court violated a ministerial duty because a visiting judge was not properly authorized by state law. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130429F.P05